## Commonwealth *v.* Sharp, Appellant.

Submitted May 22, 1972. Before JONES, C. J. EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*William H. Saye,* for appellant.

*Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1972:
Judgment of sentence affirmed.